■ CARL FISHER, Appellant, v COUNTY OF ORANGE et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Orange County (Peter Patsalos, J.), dated April 17, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Patsalos at the Supreme Court (see also, Howell v County of Orange, 181 AD2d 862 [decided herewith]). Sullivan, J. P., Rosenblatt, Miller and Santucci, JJ., concur.